IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WILSON DIVISION

IN RE:                                                                                    CHAPTER 11

MAINLINE CONTRACTING, INC.                                       CASE NO. 09-07927-8-RDD

　　　　Debtor.

EMERGENCY MOTION FOR ORDER AUTHORIZING DEBTOR
TO PAY WAGES ACCRUED PRE-PETITION, FOR ORDER SHORTENING NOTICE TIME,
AND REQUEST FOR HEARING

　　　　NOW COMES Mainline Contracting, Inc., Debtor-in-Possession (hereinafter "Mainline"), by and through counsel, and respectfully requests authorization to pay pre-petition wages and, in support thereof, shows unto the Court the following:

　　　　1.　　Mainline Contracting, Inc. ("Mainline") is a full-service, vertically integrated construction company with 2008 gross revenues in excess of $73 Million and nearly 200 employees. Mainline is continuing to perform on all jobs.

　　　　2.　　Mainline has significant accounts receivable, and expects to receive significant funds in the near future. Mainline is continuing to operate, expects to complete all pending jobs, and will continue to seek and accept new jobs.

　　　　3.　　Mainline filed a voluntary petition for relief pursuant to Chapter 11, Title 11 of the United States Code (the "Bankruptcy Code") in the Eastern District of North Carolina on September 15, 2009 to facilitate reorganization and the continuation of business.

　　　　4.　　This motion is filed simultaneously with the petition. Mainline expects the Bankruptcy Court for the Eastern District of North Carolina to issue an order pursuant to 11 U.S.C. §§ 1107 and 1108 of the Bankruptcy Code, authorizing Mainline to retain its assets and operate its business as debtor in possession.

5. This Court has jurisdiction to consider this motion pursuant to 28 U.S.C. §§ 157 and 1334. This is a core proceeding within the meaning of 28 U.S.C. § 157.

6. Mainline requests authority to honor and pay obligations for work performed pre-petition. This pre-petition work allowed for wage claimants to accrue gross wages which would not be paid in the ordinary course of business until after the filing of the petition. Based upon the normal pay cycles for the payment of wages and salaries, Mainline is duly obligated for pre-petition wages and applicable payroll taxes in the amount of approximately $124,000.00.

7. To the extent these wages would be considered pre-petition claims, all such wages would be entitled to 11 U.S.C. § 507(a)(4) priority wage claim status. To the extent these employee obligations are executory contracts under 11 U.S.C. § 365, it is in the best interest of the estate for the same to be assumed.

8. Mainline anticipates that to the extent wage claims identified herein are priority wage claims, they would receive payment of 100% even if this case were in a Chapter 7 proceeding and the assets were liquidated for the benefit of creditors. Therefore, creditors will not be prejudiced if Mainline's request for authorization to pay such claims at this time is allowed.

9. A necessity of payment exists in this case in order to prevent immediate and irreparable harm to this reorganization in an amount greatly in excess of the funds Mainline seeks to pay, and such payment is essential to maximize the return on the value of the assets in this case. If Mainline were to fail to make all wage payments requested herein, then in all likelihood the affected employees would quit and not provide further assistance to Mainline. The authorization sought herein will also minimize the personal hardship on the affected employees which would occur if pre-petition wage claims are not paid.

10. The payment as requested herein is in the best interest of creditors, Mainline, Mainline's employees, and is essential to the successful reorganization for the purpose of

maximizing return on the assets of Mainline.  The Court has the authority to authorize payment of claims described in the foregoing motion to the extent they are determined to be pre-petition claims under the circumstances set out herein pursuant to the authority granted to the Bankruptcy Court under Title 11 of the United States Code, including 11 U.S.C. §§ 105, 363, 365, 365, 507, 1107 and 1108.

11. Given the nature of the emergency as outlined herein and the facts and circumstances in this case, the relief requested can be granted on an emergency basis with limited or no further notice and does not prejudice the rights of the parties in interest in this matter.

WHEREFORE, Mainline prays for any Order of the Court (i) shortening the notice time; (ii) setting a hearing on the foregoing motion at the United States Bankruptcy Court in Raleigh, North Carolina and allowing notice to be limited to the twenty largest unsecured creditors by overnight delivery and to affected secured creditors by fax or telephone; (iii) authorizing Mainline to pay the pre-petition wage claims asset set forth herein; and (iv) for such other and further relief as the Court deems just and proper.

Respectfully submitted this the 15th day of September, 2009.

| **HENDREN & MALONE, PLLC** | **EVERETT, GASKINS, HANCOCK & STEVENS, LLP** |
|---|---|
| /s/ Jason L. Hendren<br>Jason L. Hendren<br>N.C.S.B. No. 26869<br>4600 Marriott Drive, Suite 150<br>Raleigh, NC 27612<br>Telephone No. (919) 573-1422 | /s/ William P. Janvier<br>William P. Janvier, N.C.S.B. 21136<br>Rebecca F. Redwine, N.C.S.B. 37012<br>Post Office Box 911<br>Raleigh, North Carolina 27602<br>Telephone: (919) 755-0025<br>Facsimile: (919) 755-0009 |

## CERTIFICATE OF SERVICE

The undersigned does hereby certify that copies of the foregoing **EMERGENCY MOTION FOR ORDER AUTHORIZING DEBTOR TO PAY WAGES ACCRUED PRE-PETITION, FOR ORDER SHORTENING NOTICE TIME, AND REQUEST FOR HEARING** and **NOTICE** thereof have been served upon each of the parties listed below **via U.S. Mail, overnight.**

| | |
|---|---|
| **AMERICAN CAST IRON PIPE CO.**<br>**Attn: Managing Agent**<br>**PO BOX 2727**<br>**BIRMINGHAM, AL 35202** | **COUCH OIL**<br>**Attn: Managing Agent**<br>**PO BOX 2753**<br>**DURHAM, NC 27715** |
| **APAC ATLANTIC, INC.**<br>**Attn: Managing Agent**<br>**PO BOX 21088**<br>**GREENSBORO, NC 27420-1088** | **ECKHART CONSTRUCTION SERVICES**<br>**Attn: Managing Agent**<br>**47 WEST IRVING PARK ROAD**<br>**ROSELLE, IL 60172** |
| **BARNES & POWELL**<br>**Attn: Managing Agent**<br>**PO BOX 849**<br>**ELM CITY, NC 27880-0849** | **FCCI**<br>**Attn: Managing Agent**<br>**3175 SATELLITE BLVD., STE 200**<br>**DULUTH, GA 30096** |
| **BLYTHE BROS. ASPHALT CO. LLC**<br>**Attn: Managing Agent**<br>**1415 E WESTINGHOUSE BLVD**<br>**CHARLOTTE, NC 28273** | **FERGUSON ENTERPRISES INC.**<br>**Attn: Managing Agent**<br>**PO BOX 100286**<br>**ATLANTA, GA 30384-0286** |
| **BOGGS PAVING, INC.**<br>**Attn: Managing Agent**<br>**P.O. BOX 1609**<br>**MONROE, NC 28111-1609** | **GELDER & ASSOCIATES INC**<br>**Attn: Managing Agent**<br>**3901 GELDER DRIVE**<br>**RALEIGH, NC 27603-5699** |
| **CAROLINA SUNROCK**<br>**Attn: Managing Agent**<br>**PO BOX 890390**<br>**CHARLOTTE, NC 28289-0390** | **HD SUPPLY WATERWORKS**<br>**Attn: Managing Agent**<br>**PO BOX 100467**<br>**ATLANTA, GA 30384-0467** |
| **CAT-A-HULA HAULERS, LLC**<br>**Attn: Managing Agent**<br>**PO BOX 482**<br>**DOBSON, NC 27017** | **GRANVILLE COUNTY TAX COLLECTOR**<br>**Attn: Managing Agent**<br>**PO Box 219**<br>**Oxford, NC 27565** |
| **CC MANGUM COMPANY, LLC**<br>**Attn: Managing Agent**<br>**6105 CHAPEL HILL RD**<br>**RALEIGH, NC 27607** | **MARTIN MARIETTA AGGREGATES**<br>**Attn: Managing Agent**<br>**PO BOX 75328**<br>**CHARLOTTE, NC 28275** |
| **Marjorie Lynch**<br>**Bankruptcy Administrator**<br>**300 Fayetteville Street Mall, Suite 620**<br>**Raleigh, NC 27601** | **MOFFAT PIPE INC.**<br>**Attn: Managing Agent**<br>**2428 POOLE ROAD**<br>**RALEIGH, NC 27610** |

| | |
|---|---|
| **RAL GRADING & DEMOLITION**<br>**Attn: Managing Agent**<br>**4406 OLD WAKE FOREST RD, STE 205**<br>**RALEIGH, NC 27609** | **S. T. WOOTEN CORPORATION**<br>**Attn: Managing Agent**<br>**P.O. BOX 2408**<br>**WILSON, NC 27894-2408** |
| **THOMPSON-ARTHUR DIVISION**<br>**Attn: Managing Agent**<br>**PO BOX 21088**<br>**GREENSBORO, NC 27420** | **HANOVER INSURANCE CO.**<br>**Attn:  Managing Agent**<br>**P. O. Box 4031**<br>**Woburn, MA  01888-4031** |
| **BB&T**<br>**Attn:  Managing Agent**<br>**P. O. Box 580003**<br>**Charlotte, NC 28258-0003** | |

This the 15th day of September, 2009.

BY:  /s/ Rebecca F. Redwine  
Rebecca F. Redwine