IN THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
WILSON DIVISION

IN RE:

MAINLINE CONTRACTING, INC.,
　　　　Debtor.

Case No: 09-07927-8-RDD

Chapter 11

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICES

**NOW COMES** BYRON L. SAINTSING of SMITH DEBNAM NARRON DRAKE SAINTSING & MYERS, LLP, PO Box 26268, Raleigh, NC, 27611, pursuant to Bankruptcy Rule 2002 and 9010 and hereby enters an appearance on behalf of creditor FERGUSON ENTERPRISES,, INC., and requests that a copy of all notices to creditors and other parties in interest be served upon him as attorney for FERGUSON ENTERPRISES, INC.

This the 15 day of September, 2009.

　　　　　　　　　　/s/ Byron L. Saintsing
　　　　　　　　　　Byron L. Saintsing
　　　　　　　　　　NC State Bar No. 16035
　　　　　　　　　　bsaintsing@smithdebnamlaw.com
　　　　　　　　　　of SMITH DEBNAM NARRON DRAKE
　　　　　　　　　　SAINTSING & MYERS, LLP
　　　　　　　　　　Post Office Box 26268
　　　　　　　　　　Raleigh, North Carolina 27611
　　　　　　　　　　Telephone: (919) 250-2000

　　　　　　　　　　Counsel for FERGUSON ENTERPRISES, INC.

IN THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
WILSON DIVISION

IN RE:

MAINLINE CONTRACTING, INC.,
    Debtor.

Case No: 09-07927-8-RDD

Chapter 11

### CERTIFICATE OF SERVICE

I, Byron L. Saintsing, of Smith Debnam Narron Drake Saintsing & Myers, L.L.P., state under penalty of perjury:

That I am, and at all times hereinafter-mentioned was, more than eighteen (18) years of age; and

That on the 15 day of September, 2009, I served copies of the foregoing **NOTICE OF APPEARANCE AND REQUEST FOR NOTICES** upon the following by mailing a copy thereof, postage prepaid and by electronic service through the CM/ECF system as follows:

Mainline Contracting, Inc.
150 Golden Drive
Durham, NC 27705

William P. Janvier
Everett Gaskins Hancock & Stevens, LLP
PO Box 911
Raleigh, NC 27602
*Attorneys for Debtor*

Marjorie Lynch
Bankruptcy Administrator
PO Box 3758
Wilson, NC 27895-3758

Jason L. Hendren
Hendren & Malone, PLLC
4600 Marriott Drive, Ste 150
Raleigh, NC 27612
*Attorneys for Debtor*

This the 15 day of September, 2009.

/s/ Byron L. Saintsing
Byron L. Saintsing