IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION

IN RE:	CHAPTER 11

MAINLINE CONTRACTING, INC.	CASE NO. 09-07927-8

       Debtor.

## APPLICATION BY DEBTOR FOR AUTHORITY TO EMPLOY AND APPOINT ATTORNEYS

NOW COMES Mainline Contracting, Inc. ("Mainline"), pursuant to Bankruptcy Rule 2014, and respectfully represents as follows:

1. Mainline Contracting, Inc. ("Mainline") is a full-service, vertically integrated construction company with 2008 gross revenues in excess of $73 Million and nearly 200 employees. Mainline is continuing to perform on all jobs.

2. Mainline has significant accounts receivable, and expects to receive significant funds in the near future. Mainline is continuing to operate, expects to complete all pending jobs, and will continue to seek and accept new jobs.

3. Mainline filed a voluntary petition for relief pursuant to Chapter 11, Title 11 of the United States Code (the "Bankruptcy Code") in the Eastern District of North Carolina on September 15, 2009 to facilitate reorganization and the continuation of business.

4. This motion is filed simultaneously with the petition. Mainline expects the Bankruptcy Court for the Eastern District of North Carolina to issue an order pursuant to 11 U.S.C. §§ 1107 and 1108 of the Bankruptcy Code, authorizing Mainline to retain its assets and operate its business as debtor in possession.

5. This Court has jurisdiction to consider this motion pursuant to 28 U.S.C. §§ 157 and 1334. This is a core proceeding within the meaning of 28 U.S.C. § 157.

6. Mainline wishes to employ the following attorneys:

      a.      Jason L. Hendren and the law firm of Hendren & Malone, PLLC ("H&M"). Jason L. Hendren is duly admitted to practice in this Court.

      b.      William P. Janvier and the law firm of Everett, Gaskins, Hancock & Stevens, LLP ("EGHS"). William P. Janvier is duly admitted to practice in this Court.

7. Mainline has selected its attorneys for the reason that they have considerable experience in Chapter 11 reorganization matters, and Mainline believes they are well qualified to represent them in this proceeding.

8. The professional services said attorneys are to render are as follows:

      a.      To prepare on behalf of Mainline necessary applications, complaints, answers, orders, reports, motions, notices, plan of reorganization, disclosure statement and other papers necessary in Mainline's reorganization case;

      b.      To perform all necessary legal services in connection with Mainline's reorganization, including Court appearances, research, opinions and consultations on reorganization options, direction and strategy; and

      c.      To perform all other legal services for Mainline which may be necessary in this Chapter 11 case.

9. It is necessary for Mainline to employ an attorney in this Chapter 11 case for the professional services described in paragraph 8 above, including all subparagraphs.

10. Mainline desires to employ Jason L. Hendren, William P. Janvier, and their respective law firms on an hourly basis for work performed. The terms of the employment of Jason L. Hendren, William P. Janvier and their respective law firms agreed to by Mainline are disclosed in the attached Affidavits of Disinterestedness of Jason L. Hendren and William P. Janvier.

11. Except as disclosed in the two attached affidavits, Jason L. Hendren and William P. Janvier and their respective firms represent no interest adverse to Mainline, or the estate, in the matters upon which they are to be engaged for Mainline.

12. Employment of Jason L. Hendren, William P. Janvier, and their respective firms Would be in the best interest of the estate.

WHEREFORE, Mainline prays that they be authorized to employ and appoint Jason L. Hendren and the law firm of Hendren & Malone, PLLC, and William P. Janvier and the law firm of Everett, Gaskins, Hancock & Stevens, LLP as its attorneys on the basis set out herein, and that they have such other and further relief as is just.

{00089587.DOC;Ver 1}

This the 15th day of September, 2009.

              Mainline Contracting, Inc.

              BY: _/s/ Randy T. Garrett_____
                Randy T. Garrett, President

cc: Mrs. Marjorie K. Lynch
   Bankruptcy Administrator