IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION

IN RE:

Mainline Contracting, Inc.

Debtor.

CHAPTER 11

CASE NO. 09-07927-8

## AFFIDAVIT OF DISINTERESTEDNESS AND IN SUPPORT OF APPLICATION BY DEBTOR FOR AUTHORITY TO EMPLOY AND APPOINT ATTORNEY

STATE OF NORTH CAROLINA

COUNTY OF WAKE

William P. Janvier, of Everett, Gaskins, Hancock & Stevens, LLP ("EGHS"), being first and duly sworn, avers and says that:

1. He is an attorney duly licensed to practice law in the State of North Carolina and in this Court.

2. He practices law with EGHS, located at 127 W. Hargett Street, Suite 600, Raleigh, NC 27602.

3. Neither William P. Janvier nor EGHS has any business connections with the above-named Debtor, its creditors, or any other party in interest, or its respective attorneys or accountants.

4. Neither William P. Janvier nor EGHS represents or holds any adverse interest to the Debtor or the estate in the matters upon which they are to be engaged.

5. William P. Janvier and EGHS are of the opinion that the Debtor is an appropriate candidate for the Bankruptcy Court, and particularly Chapter 11.

6. It is the opinion of William P. Janvier and EGHS, based upon the experience, knowledge and associations with the entity described herein that it would be in the best interests of the Debtor, all of the parties in interest, and particularly in the interest of judicial economy, for William P. Janvier and EGHS to serve as counsel for the Debtor, subject to the disclosure of the interests and representations as set forth herein.

7. William P. Janvier and EGHS have entered into an agreement with the Debtor regarding fees. Prior to the petition date, EGHS received a retainer in the amount of $50,000, from which all pre-petition services were paid in full. Subject to Court approval, William P. Janvier will render services at the rate of $375.00 per hour and Rebecca Redwine will render services at the rate of $225.00 per hour. EGHS is holding $40,599.50 in trust as a security deposit for post-petition service.

{00089508.DOC;Ver 1}

This the 15th day of September, 2009.

_____
William P. Janvier

Sworn to and subscribed
before me this  10th  day of September, 2009.

_Stephanie D. Stracqualursi_
Notary Public

My Commission Expires: 7-5-2012

[Notary Seal: STEPHANIE D. STRACQUALURSI, NOTARY PUBLIC, FRANKLIN COUNTY, NC, Comm. Exp. 7-5-2012]

cc:   Bankruptcy Administrator

{00089508.DOC;Ver 1}