IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION

IN RE:

CHAPTER 11

Mainline Contracting, Inc.

CASE NO. 09-07927-8

Debtor.

**AFFIDAVIT OF DISINTERESTEDNESS AND IN SUPPORT OF APPLICATION BY DEBTOR FOR AUTHORITY TO EMPLOY AND APPOINT ATTORNEY**

STATE OF NORTH CAROLINA

COUNTY OF WAKE

Jason L. Hendren, of Hendren & Malone, PLLC, being first and duly sworn, avers and says that:

1. He is an attorney duly licensed to practice law in the State of North Carolina and in this Court.

2. He practices law with Hendren & Malone, PLLC, located at 4600 Marriott Drive, Suite 150, Raleigh, North Carolina 27612.

3. Neither Jason L. Hendren nor Hendren & Malone, PLLC has any business connections with the above-named Debtor, its creditors, or any other party in interest, or its respective attorneys or accountants.

4. Neither Jason L. Hendren nor Hendren & Malone, PLLC represents or holds any adverse interest to the Debtor or the estate in the matters upon which they are to be engaged.

5. Jason L. Hendren and Hendren & Malone, PLLC are of the opinion that the Debtor is an appropriate candidate for the Bankruptcy Court, and particularly Chapter 11.

6. It is the opinion of Jason L. Hendren and Hendren & Malone, PLLC, based upon the experience, knowledge and associations with the entity described herein that it would be in the best interests of the Debtor, all of the parties in interest, and particularly in the interest of judicial economy, for Jason L. Hendren and Hendren & Malone, PLLC to serve as counsel for the Debtor, subject to the disclosure of the interests and representations as set forth herein.

      7.     Jason L. Hendren and Hendren & Malone, PLLC have entered into an agreement with the Debtor regarding fees. Prior to the petition date, Hendren & Malone, PLLC received a retainer in the amount of $50,000.00, from which all pre-petition services were paid in full. Subject to Court approval, Jason L. Hendren will render services at the rate of $295.00 per hour. Hendren & Malone, PLLC is holding an additional $39,043.50 in trust as a security deposit for post-petition services.

This the 15th day of September, 2009.

By: s/ *[signature]*
Jason L. Hendren
NC State Bar No. 26869
HENDREN & MALONE, PLLC
4600 Marriott Drive, Suite 150
Raleigh, NC 27612
Telephone: (919) 573-1422
Facsimile: (919) 420-0475
Email: jhendren@hendrenmalone.com
ATTORNEYS FOR DEBTOR

Sworn to and subscribed
Before me this the 15 day
of September, 2009.

*[signature]*
Notary Public

My Commission Expires:
2/10/2014

[Notary Seal: ELIZABETH G. WOOD, NOTARY PUBLIC, Comm. Exp. 2-10-2014, WAKE COUNTY, NC]