UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
WILSON DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | |
| MAINLINE CONTRACTING, INC. ) | Case No. 09-07927-8-RDD |
| ) | Chapter 11 |
| Debtor. ) | |

### APPLICATION FOR APPROVAL OF COMPENSATION AND EMPLOYMENT OF RANDY T. GARRETT AS OFFICER

Pursuant to the provision of Chapter 11 of the Bankruptcy Code, prior orders of this Court and Local Bankruptcy Rule No. 4002-1(d) E.D.N.C., Mainline Contracting, Inc. (herein "Mainline") hereby makes this application for approval of compensation and employment of officer; and, in support thereof, shows unto the Court as follows:

1. Subject to specific provisions of the Local Bankruptcy Rule No. 4002-1(d), E.D.N.C., the Debtor shall not employ or provide compensation to its principals prior to Court approval.

2. Randy T. Garrett is the President and Chief Executive Officer of the Debtor. Randy T. Garrett seeks Court approval for employment by the Debtor and for annual compensation of $315,000.00. In addition to his salary, Randy T. Garrett has been provided with a company vehicle, fuel reimbursement, health/dental insurance coverage with a monthly payment of $414.09, and a cellular telephone.

3. Randy T. Garrett has been employed by the Debtor for approximately ten and one-half (10½) years. Randy T. Garrett's salary was set at $356,730.81 in 2008.

4. Randy T. Garrett expects to perform services on behalf of the Debtor on an average of sixty-five (65) hours per week.

5. Duties of Randy T. Garrett include, but are not limited to, the following:

   a. oversight in the following areas: business development and acquisitions, accounting, estimating and field operations;

   b. maintain banking and bonding relationships; and

   c. initiate and oversee the continued development of company policies and procedures.

WHEREFORE, the Debtor requests the following:

1. That it be allowed to employ Randy T. Garrett;

2. That the Debtor be allowed to continue to compensate Randy T. Garrett in the annual amount of $315,000.00, in the manner set out herein; that the Debtor be allowed to provide to Randy T. Garrett a company vehicle, fuel reimbursement, health/dental insurance coverage with a monthly payment of $414.09, and a cellular telephone; and

3. That the Court allow such other and further relief as the Court deems just and proper.

DATED: September 16, 2009

s/ Jason L. Hendren
Jason L. Hendren
NC State Bar No.: 26869
HENDREN & MALONE, PLLC
4600 Marriott Drive, Suite 150
Raleigh, NC 27612
Attorney for Debtor
Telephone: (919) 573-1422

s/William P. Janvier
William P. Janvier
NC State Bar No.: 21136
Rebecca F. Redwine
NC State Bar No.: 37012
EVERETT, GASKINS, HANCOCK & STEVENS, L.L.P.
P. O. Box 911
Raleigh, NC 27602
Telephone No: (919) 755-0025

## VERFICATION

Randy T. Garrett, first being duly sworn, deposes and says that he is the Officer named in the foregoing document; that he has read the same and the contents thereof are true according to the best of his knowledge, information and belief.

_____
Randy T. Garrett

Sworn to and subscribed
Before me this __16__ day
of September, 2009.

s/ Robin D. Ball
NOTARY PUBLIC

My commission expires: 6-1-2014

*Notary Public, Alamance County, North Carolina — My Commission Expires 6-1-2014*

## CERTIFICATE OF SERVICE

I hereby certify that I this day have served a copy of this pleading upon the other parties to this action either electronically or by depositing a copy in the United States mail in an envelope bearing sufficient postage addressed to counsel for said parties, this the 16th day of September, 2009.

DATED:   September 16, 2009

                                                s/ Jason L. Hendren
Jason L. Hendren
NC State Bar No.: 26869
HENDREN & MALONE, PLLC
4600 Marriott Drive, Suite 150
Raleigh, NC  27612
Attorney for Debtor
Telephone:  (919) 573-1422
Facsimile:  (919) 420-0475
Email:  jhendren@hendrenmalone.com

TO:

Marjorie K. Lynch                                    (via CM/ECF)
Bankruptcy Administrator

Mainline Contracting, Inc.
150 Golden Drive
Durham, NC  27705

BB&T
Attn:  Managing Agent
P. O. Box 580003
Charlotte, NC  28258-0003

HANOVER INSURANCE CO.
Attn:  Managing Agent
P. O. Box 4031
Woburn, MA  01888-4031