United States Bankruptcy Court
Eastern District of North Carolina
Wilson Division

| | |
|---|---|
| In Re: ) | Case No.: 09-07927-8-RDD |
| ) | |
| **Mainline Contracting, Inc.** ) | |
| ) | |
| ) | |
| ) | |
| Debtor(s) ) | Chapter 11 |
| ) | |

**STATEMENT OF BANKRUPTCY ADMINISTRATOR CONCERNING
INABILITY TO APPOINT COMMITTEE OF UNSECURED CREDITORS**

The Bankruptcy Administrator for the Eastern District of North Carolina reports as follows:

1. The order for relief in this case under Chapter 11 of the Bankruptcy Code (11 U.S.C. Section 1101, *et seq* .) was entered on September 15, 2009.

2. Despite efforts by the Bankruptcy Administrator to contact unsecured creditors, as of the date of the Section 341 Meeting of Creditors, sufficient indications of willingness to serve on a committee of unsecured creditors were not received from persons eligible to serve on such a committee (see 11 U.S.C. § 1102(b)(1). Accordingly, the Bankruptcy Administrator is unable to organize and recommend to the Court the appointment of a committee of creditors holding unsecured claims against the Debtor.

Date:   October 16, 2009

Respectfully submitted,

 s/ Marjorie K. Lynch
Marjorie K. Lynch
Bankruptcy Administrator

Eastern District of North Carolina
Post Office Box 3758
Wilson, North Carolina  27895-3758
(252) 237-6854

## CERTIFICATE OF SERVICE

I, Marjorie K. Lynch, of Post Office Box 3758, Wilson, North Carolina, 27895-3758, certify:

That I am, and at all times hereinafter mentioned was, more than eighteen (18) years of age;

That on this day, I served copies of the foregoing document on the following:

| | |
|---|---|
| Mainline Contracting, Inc.<br>c/o Managing Agent<br>c/o Randy T. Garrett<br>150 Golden Drive<br>Durham, NC  27705 | Hendren , Jason<br>Attorney at Law<br>Served by Electronic Mail |

by depositing a copy thereof in an envelope bearing sufficient postage in the United States mail.

I certify under penalty of perjury that the foregoing is true and correct.

Dated:   October 16, 2009

  **s/ Marjorie K. Lynch**
Marjorie K. Lynch
Bankruptcy Administrator

Bankruptcy Administrator's Office
Eastern District of North Carolina
Post Office Box 3758
Wilson, North Carolina 27895-3758
(252) 237-6854